| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ANTHONY LEON SUMMERS,　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　Petitioner,　　　　　　　§
　　　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　　　§　　CIVIL ACTION NO. 1:06-CV-487
　　　　　　　　　　　　　　　　　　§
STATE OF TEXAS,　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　Respondent.　　　　　　　§

**MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Anthony Leon Summers, an inmate at the Stiles Unit, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends that petitioner's motion for injunctive relief be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes Petitioner's objections are without merit. Both in his motion and in his objections, petitioner makes only conclusory allegations. Further, petitioner has failed to make a showing of a substantial likelihood of success on the merits. Accordingly, petitioner's motion for injunctive relief should be denied.

**ORDER**

Accordingly, Petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that petitioner's motion for injunctive relief is **DENIED**.

SIGNED at Beaumont, Texas, this 29th day of August, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE